E-FILED
Wednesday, 10 February, 2016 02:44:54 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

FILED
FEB 1 0 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kenneth Curry<br><br>Plaintiff | ) ) ) | |
| vs. | ) ) ) ) | Case Number: 12-1478 |
| Mark G. Endicott<br><br>Defendant | | |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Summary Judgment is entered in favor of Defendant and against Plaintiff, with parties to bear their own costs.

**Dated:** 2/10/2016

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court