E-FILED
Friday, 12 February, 2016 02:44:14 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

FILED
FEB 12 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kenneth Curry )
)
Plaintiff )
)
vs. ) Case Number: 12-1478
)
Mark G. Endicott, David Patch, )
James M. Carothers, Scott A. Bailey, )
Bradley M. Livingston, Kerry J. Mitchell, )
Warden Gerardo Acevedo

Defendants

Amended

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants David Patch, James M. Carothers, Scott A. Bailey, Bradley M. Livingston, Kerry J. Mitchell and Warden Gerardo Acevedo were terminated as parties to this lawsuit on April 10, 2013 pursuant to Merit Review Order entered on April 10, 2013. **IT IS FURTHER ORDERD AND ADJUDGED** that on February 9, 2016 Summary Judgment was entered in favor of Defendant Mark G. Endicott and against Plaintiff, with parties to bear their own costs.

**Dated:** 2-12-16

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court